JOHN S. LEONARDO
United States Attorney
District of Arizona
REESE V. BOSTWICK
Assistant U.S. Attorney
Arizona State Bar No. 009934
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: reese.bostwick@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>      v.<br><br>$7,000 in U.S. currency.<br><br>             Defendant. | CIV<br><br>COMPLAINT FOR FORFEITURE<br>IN REM |

COMES NOW the United States of America, by and through its undersigned counsel, in the civil cause of forfeiture and alleges on information and belief:

1.    That this is a civil action in rem brought to enforce the provisions of Title 8, United States Code, Section 1324(b) for the forfeiture of $7,000 in U.S. currency (hereinafter "Currency"), which constitutes gross proceeds of a violation of  Title 8, United States Code, Section 1324(a).

2.    That this Court has jurisdiction over an action commenced by the United States pursuant to Title 28, United States Code, Sections 1345 and 1355(a).

3.    That this Court has in rem jurisdiction pursuant to Title 28, United States Code, Section 1355(b).

4.    Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28, United States Code, Section 1395 because the property is located in this district.

5.    That the defendant Currency constitutes gross proceeds of violations of Title

8, United States Code, Section 1324(a) as appears in the attached affidavit of U.S. Customs and Border Protection Officer Samuel Ocampo, attached hereto and is, therefore, subject to forfeiture to the United States as alleged in paragraph one.

6.    That the defendant Currency was seized at the DeConcini Port of Entry in Nogales, Arizona, and is presently within the jurisdiction of this Court and will remain therein throughout the course of these proceedings.

7.    That Wilbur Jassiel Ortiz may file a verified claim regarding the defendant Currency.

Wherefore, plaintiff prays that due process issue to enforce the forfeiture of the defendant Currency; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; and prays that the defendant Currency be condemned and forfeited to the United States of America, and delivered to the custody of the United States Customs and Border Protection for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Respectfully submitted this 18th day of November, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Reese V. Bostwick*

REESE V. BOSTWICK
Assistant United States Attorney

**VERIFICATION**

I, Samuel Ocampo, hereby verify and declare under penalty of perjury that I am an Officer with the U.S. Customs and Border Protection, that I have read the foregoing Complaint for Forfeiture In Rem and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my case, together with others, as an Officer of the U.S. Customs and Border Protection.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November   /3   , 2013.

Samuel Ocampo
Officer
U.S. Customs and Border Protection